EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Hon. Nilda Cruz Aponte | 2003 TSPR 73<br><br>159 DPR |

Número del Caso: AD-2000-01


Fecha: 5 de mayo de 2003


Oficina de Administración de los Tribunales:

                        Lcda. Janet Cortés Vázquez
                        Lcda. Aida Juarbe de Meléndez
                        Lcda. Belma Lizz Cruz Serrano
                        Lcda. Adymara Rodríguez Rodríguez
                        Lcdo. Reinaldo González Colón
                           Oficina de Asuntos Legales

Abogados de la Parte Querellada:

                        Lcdo. Víctor Ramos Acevedo
                        Lcdo. Felipe Benicio Sánchez
                        Lcdo. Jenaro Marchand

Materia: Conducta Profesional

    Este documento constituye un documento oficial del
    Tribunal Supremo que está sujeto a los cambios y
    correcciones del proceso de compilación y publicación
    oficial de las decisiones del Tribunal. Su distribución
    electrónica se hace como un servicio público a la
    comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Hon. Nilda Cruz Aponte

                         AD-2000-01

RESOLUCIÓN
(NUNC PRO TUNC)

San Juan, Puerto Rico a 5 de mayo de 2003

    Se enmienda la Sentencia emitida en In re: Hon. Nilda Cruz Aponte a los fines de que la expresión del Juez Asociado señor Rivera Pérez lea como sigue:

> El Juez Asociado señor Rivera Pérez disiente del resultado, por entender que la medida disciplinaria impuesta no guarda relación ni proporción con la falta cometida por la querellada, a base de lo resuelto por este Tribunal en In re: Hon. Maldonado Torres, res. el 20 de diciembre de 2000, 2000 T.S.P.R. 190, 152 D.P.R. _____ (2000), 2000 J.T.S. 199 y en In re: Hon. Sheila A. Díaz García, res. el 11 de febrero de 2003, 2003 T.S.P.R. 13, _____ D.P.R. _____ (2003), 2003 J.T.S. 15.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                       Patricia Otón Olivieri
                Secretaria del Tribunal Supremo